UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED
NOV 06 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 0:25-CR-11-DLB-CJS
18 U.S.C. § 113(a)(6)

DAVID DEVON DAVIS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about September 9, 2025, in Boyd County, in the Eastern District of Kentucky,

**DAVID DEVON DAVIS,**

at a place within the special maritime and territorial jurisdiction of the United States, that is, Federal Correctional Institution (FCI) Ashland, assaulted inmate B.A. resulting in serious bodily injury, that is, **DAVIS** bit off B.A.'s right ear, all in violation of 18 U.S.C. § 113(a)(6).

A TRUE BILL

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.